Marc S. Friedman, SNR Denton U.S. LLP, New York, NY, for Defendant–Appellee.

Kristine L. Butler, Volpe and Koenig, P.C., Princeton, NJ, for Plaintiff–Appellant.

**ON MOTION**

**ORDER**

Lottotron, Inc. moves for reconsideration of the court's July 15, 2011 order dismissing its appeal for failure to file its brief. Interactive Systems, Inc., N.V. does not consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, the mandate is recalled, and the appeal is reinstated.

(2) The appellee's brief is due within 40 days of the date of filing of this order.

Kathy A. Lieberman, Lieberman & Mark, Washington, DC, for Claimant–Appellant.

**ON MOTION**

**ORDER**

Hector Roman–Gomez moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

### Hector ROMAN–GOMEZ, Claimant–Appellant,

v.

### Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7076.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2011.

### James J. CHAPMAN, Plaintiff–Appellant,

v.

### UNITED STATES, Defendant–Appellee.

No. 2010–5140.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2011.